UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAHEEM EDWARDS,

                                    Plaintiff,

                    -against-

SHERIFF SPOSATO, individually and in his
official capacity as Sheriff of Nassau County,

                                    Defendant.
-----------------------------------------------------------X
FEUERSTEIN, District Judge:

ORDER
12-CV-5664 (SJF)(WDW)
**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★     ⋯ 1 8 2013     ★

LONG ISLAND OFFICE

Pursuant to the Court's February 13, 2012 Order of Consolidation, the Court has reviewed

the instant complaint and finds that it relates to the subject matter of the Consolidated Action,

Anderson, et al. v. Sposato, et al., 11-CV-5663 (SJF)(WDW). Accordingly, this action shall proceed

in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would

not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any

appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order and the Order of Consolidation

to the pro se plaintiff at his last known address.

                                        SO ORDERED,

                                        /s/ Sandra J. Feuerstein

                                        Sandra J. Feuerstein
                                        United States District Judge

Dated:    January 18, 2013
          Central Islip, New York